IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01756-MEH

PAMELA PINO,

    Plaintiff,

v.

LVNV FUNDING, LLC,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 24, 2014.**

    Before the Court is Defendant's Unopposed Motion for Leave to File Answer out of Time [filed July 24, 2014; docket #9].  Defense counsel contends that she was "first assigned to the present matter on *June* 21, 2014" and requests "an additional two weeks, up to and including August 5, 2014 to serve an answer" (emphasis added).  However, Defendant was not even served until June 24, 2014, June 21 was a Saturday, and August 5 is not a date two weeks from June 21.  Thus, the Court infers from the content of the motion that counsel meant to assert she was first assigned on *July* 21, 2014.  Accordingly, the Court finds good cause for the requested extension and **grants** the motion.  Defendant shall file an answer or other response to the Complaint on or before August 5, 2014.