IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01756-MEH

PAMELA PINO,

    Plaintiff,

v.

LVNV FUNDING, LLC,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 19, 2014.**

    Defendant's Unopposed Motion for Leave for Defendant's Counsel to Appear at the Scheduling Conference by Telephone [filed September 18, 2014; docket #17] is **granted**. Counsel for the parties may appear at the hearing by telephone by first teleconferencing together, then calling my Chambers at (303) 844-4507 at the appointed time. Otherwise, please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).