IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01756-MEH

PAMELA PINO,

    Plaintiff,

v.

LVNV FUNDING, LLC,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is a Stipulation of Dismissal with Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [filed October 3, 2014; docket # 21]. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 3rd day of October, 2014.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge